## IN THE CIRCUIT COURT OF LEE COUNTY, MISSISSIPPI

**TUPELO CHILDREN'S MANSION, INC.**                    **PLAINTIFF**

**vs**                            **CIVIL ACTION NO.: 23-cv-014 (MM) L**

**ELEGANT REFLECTIONS LLC d//b/a**
**ER CONTRACTING**                                           **DEFENDANT**

### NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that on the 17th day of May 2023, pursuant to the provisions of 28 U.S.C. § 1332 and § 1441, Defendant Elegant Reflections LLC d/b/a ER Contracting ("Defendant") filed with the Clerk of the United States District Court for the Northern District of Mississippi, Aberdeen Division, a Notice of Removal to remove Civil Action No. 23-014 from the Circuit Court of Lee County, Mississippi, to the United States District Court for the Northern District of Mississippi, Aberdeen Division. A copy of said Notice of Removal is attached hereto as **Exhibit 1**.

RESPECTFULLY SUBMITTED, this the 17th day of May 2023.

                                                       Respectfully submitted,

                                                       */s/ Dorsey R. Carson, Jr.*
                                                       Dorsey R. Carson, Jr., MSB #10493
                                                       Kathryn P. Goff, MSB #105678
                                                       *Attorneys for Defendant*

**OF COUNSEL:**

**CARSON LAW GROUP, PLLC**
125 South Congress St., Ste. 1336
Jackson, Mississippi 39201
Telephone: (601) 351-9831
Facsimile: (601) 510-9056
Email: dcarson@thecarsonlawgroup.com
        kgoff@thecarsonlawgroup.com



FILED
MAY 17 2023
CAMILLE ROBERTS DULANEY
LEE CO. CIRCUIT CLERK
       D.C.

## CERTIFICATE OF SERVICE

I, Dorsey R. Carson, Jr., hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This, the 17th day of May, 2023.

/s/ *Dorsey R. Carson, Jr.*
**OF COUNSEL**



FILED

MAY 17 2023

CAMILLE ROBERTS DULANEY
LEE CO. CIRCUIT CLERK
_____ D.C.